PATRICK GALLAGHER, Respondent, *v.* MARY GALLAGHER, Appellant.

*Gallagher* v. *Gallagher*, 135 App. Div. 457, affirmed.
(Submitted May 12, 1911; decided May 30, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of an alleged agreement to convey real property.

*John J. Gleason* for appellant.

*Benjamin N. Cardozo, John H. Judge* and *Louis B. Hasbrouck* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.